UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Junious Nielsen

Write the full name of each plaintiff.

**23 CV 5620**

_____CV_____
(Include case number if one has been assigned)

-against-

Walmart inc

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☑ **Diversity of Citizenship** *(circled)*

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_~~[scribbled out]~~_____

_____

_____

_____

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Junious Nielsen__, is a citizen of the State of
(Plaintiff's name)

__New York State__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Walmart__, is a citizen of the State of
(Defendant's name)

__Arkansas__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If the defendant is a corporation:

The defendant, __Walmartt__, is incorporated under the laws of the State of __Arkansas, new York__

and has its principal place of business in the State of __new York__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Junious__         __&__              __Nielsen__
First Name          Middle Initial      Last Name

__728 Krieger rd Apt F__
Street Address

__Monroe, Webster__   __NY__   __14580__
County, City          State    Zip Code

__585-743-2317__                __Joneboy585@gmail.com__
Telephone Number                Email Address (if available)

Page 3

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Walmart
First Name / Last Name

Current Job Title (or other identifying information)

1900 Brand Point Drive
Current Work Address (or other address where defendant may be served)

Monroe, Webster         NY         14580
County, City            State      Zip Code

Defendant 2: _____
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State       Zip Code

Defendant 3: _____
First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State       Zip Code

Page 4

Defendant 4: _____
  First Name            Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City            State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Greece, NY**

Date(s) of occurrence: **12/2014 – 12/2015**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Walmart has violated my rights and benefits under USSERRA (The Uniformed Services Employment and Re-employment Rights Act of 1994). I wasn't given proper short-term leave pay from lost wages 12/2014 – 12/2015. Second, I was fired within 1 year of my deployments, drill weekends, 3 inactive/active service obligations. I was fired due to my military service obligations from Walmart intentionally.

Page 5

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

emotional Distress

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Emotional Distress = $75,000
Lost wages = $5,000
Punitive damages = $309,000
Liquited damages = $10,000
Total Damages = $409,090

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 06/30/2023

Plaintiff's Signature

First Name: Junious
Middle Initial: C
Last Name: Nielsen

Street Address: 228 K Neder Rd apt F

County, City: Monroe, Webster    State: NY    Zip Code: 14580

Telephone Number: (585) 743-2317

Email Address: Juncbox585@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.